IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WESLEY MCCULLOCH and
LISA GIBSON

     Plaintiff,

                                  Case No. 2:09-cv-13495

vs.

                                  Hon. Patrick Duggan

FIRST FRANKLIN FINANCIAL CORPORATION

     Defendants.
_____/

| LANDIS & DAY, PLC | CLARK HILL |
|---|---|
| Edward L. Ewald Jr. (P43751) | William G. Asimakis , Jr. |
| Attorneys for Plaintiff | 500 Woodward Avenue |
| 614 S. Main Street | Suite 3500 |
| Plymouth, Michigan 48170 | Detroit , MI 48226-3435 |
| (734) 667-5310 | 313-965-8300 |
| eewald@landisday.com | Fax: 313-965-8252 |
| | Email: wasimakis@clarkhill.com |

_____/

**STIPULATION AND ORDER OF DISMISSAL**

     This matter having come before the Court upon the stipulation of the parties, and the Court being otherwise fully advised in the premises;

     IT IS HEREBY ORDERED that Plaintiff's claims against Defendant FIRST FRANKLIN FINANCIAL CORPORATION are hereby dismissed with prejudice. The Parties shall bear their own costs and attorney fees.

THIS IS A FINAL ORDER AND CLOSES ALL PENDING CLAIMS BETWEEN THESES PARTIES.

                        s/Patrick J. Duggan
                        Patrick J. Duggan
                        United States District Judge

Dated: January 13, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 13, 2010, by electronic and/or ordinary mail.

                        s/Marilyn Orem
                        Case Manager

We hereby stipulate to entry of the foregoing Order.

| LANDIS & DAY, PLC | CLARK HILL |
|---|---|
| /s/ Edward L. Ewald, Jr. | /s/ William G. Asimakis, Jr.(*with permission*) |
| Edward L. Ewald Jr. (P43751) | William G. Asimakis , Jr. |
| LANDIS & DAY, PLC | CLARK HILL |
| Attorneys for Plaintiff | 500 Woodward Avenue |
| 614 S. Main Street | Suite 3500 |
| Plymouth, Michigan 48170 | Detroit , MI 48226-3435 |
| (734) 667-5310 | 313-965-8300 |
| eewald@landisday.com | Fax: 313-965-8252 |
| | Email: wasimakis@clarkhill.com |

Date: January 13, 2010